LAW OFFICES
## ARENSON, DITTMAR & KARBAN
420 LEXINGTON AVENUE
SUITE 1402
NEW YORK, N.Y. 10170

FACSIMILE
(212) 682-0278

TELEPHONE
(212) 490-3600

MEMORANDUM ENDORSED

December 28, 2022

**VIA ECF**
Hon. Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **RE:** *Recio v. D'Almonte Enterprises Parking Garage, Inc., et al.*
        Case No. 1:22-cv-06153-RA-GWG

Dear Judge Gorenstein:

    This office represents Plaintiffs in the above-referenced action. I write to request an adjournment of the initial case management conference, which is currently scheduled for January 4, 2023 at 10 a.m. pursuant to Your Honor's December 19, 2022 order.

    I am taking a deposition in another matter on January 4, 2023. For this reason, I ask for an adjournment of the initial conference date. I respectfully propose that the initial conference be rescheduled for January 18, 2023 at 10 a.m., as provided by the Deputy Clerk. We have spoken with Defendants' counsel, and they consent to the adjournment and are available on January 18, 2023 at 10 a.m.

    Thank you for your consideration.

                                            Respectfully,

                                            *Avi Mermelstein*

                                            Avi Mermelstein

CC: Diana Seo, Esq. (via ECF)

                              Adjournment to January 18, 2023, at 10:00 a.m. granted. The proposed scheduling order is due January 13, 2023.

                              So Ordered.

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge
                                          December 29, 2022