UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**ISIDRO RECIO, DARIO ALMONTE, RADHAMES RODRIGUEZ, JOSE PICHARDO DE LA CRUZ, and ULRICH ZIMERMAN HERNANDEZ, on behalf of themselves and all others similarly situated who were employed by D'Almonte Enterprises Parking Garage Inc., Ramcell Parking Corporation, B Parking Lot, Inc.,119 Parking Lot Corporation, Rafael Almonte, Dayhana Martinez, Kelvin Mejia, Ariel Reyes, and Miguel Velazquez.**

       **Plaintiffs,**

**D'ALMONTE ENTERPRISES PARKING GARAGE INC., RAMCELL PARKING CORPORATION, IB PARKING LOT, INC., 119 PARKING LOT CORPORATION, RAFAEL ALMONTE, DAYHANA MARTINEZ, KELVIN MEJIA, ARIEL REYES, and MIGUEL VELAZQUEZ,**

       **Defendants.**
------------------------------------------------------------------X

Civil Action

Case No.: 22-CV-6153-RA-GWG

NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION OF THE FLSA COLLECTIVE

  **PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of their Motion for Conditional Certification of the Collective Action, dated March 10, 2023; the Declaration of Isidro Recio, dated March 2, 2023; the Declaration of Dario Almonte, dated March 6, 2023; the Declaration of Ramon Muñoz, dated March 2, 2023; and all exhibits attached thereto, and upon all the papers and proceedings herein, Plaintiffs Isidro Recio, Dario Almonte, Radhames Rodriguez, Jose Pichardo de la Cruz, and Ulrich Zimerman Hernandez (collectively, "Plaintiffs"), will move this Court, before the Honorable Gabriel W. Gorenstein, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007 at 10 a.m. on Friday, March 31, 2023, or on a date and time to be designated by the Court, for an Order conditionally certifying this matter as a collective action, and permitting court-supervised notification to putative members of the collective, pursuant to 29 U.S.C. § 216(b).

Dated: March 10, 2023

Respectfully submitted,

_____
Anna Goldstein, Esq.
ARENSON, DITTMAR & KARBAN
*Attorneys for the Plaintiffs*
420 Lexington Avenue, Suite 1402
New York, New York 10170
(212) 490-2600
anna@adklawfirm.com

To:	Diana Seo, Esq.
	Seo Law Group, PLLC
	136-68 Roosevelt Avenue, Suite 726
	Queens, New York 11354
	diana@seolawgroup.com