UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISIDRO RECIO, DARIO ALMONTE,
RADHAMES RODRIGUEZ, JOSE
PICHARDO DE LA CRUZ, ULRICH
ZIMERMAN HERNANDEZ, and
RAMON MUNOZ,

                    Plaintiffs,                 **22 Civ. No. 6153 (RA) (GS)**

      -against-                                   **<u>ORDER</u>**

D'ALMONTE ENTERPRISES
PARKING GARAGE, INC., RAMCELL
PARKIG CORPORATION, IB
PARKING LOT, INC., 119 PARKING
LOT CORPORATION, RAFAEL
ALMONTE, DAYHANA MARTINEZ,
KELVIN MEJIA, ARIEL REYES, and
MIGUEL VELAZQUEZ,

                    Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Plaintiffs' letter filed January 29, 2024, which (1) requests a conference with the Court to discuss an outstanding discovery dispute and (2) requests a two-week extension of the discovery deadline for fact discovery. (Dkt. No. 76).

       The Court hereby schedules a Telephonic Discovery Dispute Conference for **<u>Friday, February 09, 2024 at 10:00 a.m.</u>** to discuss the issues raised in Plaintiffs' letter. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 908 496 383#.**

       In advance of the Conference, the parties are directed to meet and confer, in an attempt to resolve or, at a minimum, narrow the scope of the dispute relating to the supplemental discovery requests at issue. The Court notes that—at first blush—the discovery requests set forth in

Plaintiffs' letter appear broad, and encourages Plaintiffs to narrow their requests to the extent possible, in order to expedite the exchange of documents and avoid further disputes. Furthermore, and in accordance with the foregoing, the parties shall submit a joint status letter by **Tuesday, February 6, 2024** cataloging which (if any) of the supplemental discovery requests Defendants have responded to as of that date, and to which (if any) of the requests Defendants object.

The parties are likewise reminded that pursuant to Section II.C.1 of the undersigned's Individual Rules of Practice, an exchange of letters or emails alone—which, so far as the Court can glean from Plaintiffs' letter, is all that has occurred to date—**does not** satisfy the parties' obligation to confer in good faith. Counsel is expected to respond promptly and in good faith to any request from another party to confer with regard to a discovery dispute.

Plaintiffs' request (to which Defendants do not object) for a two-week extension of the fact discovery deadline is hereby **GRANTED**. The deadline to complete any remaining depositions or respond to any follow-up discovery demands is extended from Friday, February 2, 2024 to **Friday, February 16, 2024**.

**SO ORDERED.**

DATED:   New York, New York
         January 30, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge