UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECIO et al.,

                Plaintiffs,

        v.                                      No. 22-CV-6153 (RA)

D'ALMONTE ENTERPRISES PARKING         ORDER
GARAGE, INC. et al.

                Defendants.

RONNIE ABRAMS, United States District Judge:

    Consistent with Judge Stein's January 30, 2024 order granting an extension of time to complete fact discovery, the conference currently scheduled for February 9, 2024 is hereby adjourned to February 23, 2024 at 4:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

    No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    January 31, 2024
            New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge