UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISIDRO RECIO, DARIO ALMONTE,
RADHAMES RODRIGUEZ, JOSE
PICHARDO DE LA CRUZ, ULRICH
ZIMERMAN HERNANDEZ, and
RAMON MUNOZ,

                    Plaintiffs,                    22 Civ. No. 6153 (RA) (GS)

      -against-                                **ORDER**

D'ALMONTE ENTERPRISES
PARKING GARAGE, INC., RAMCELL
PARKIG CORPORATION, IB
PARKING LOT, INC., 119 PARKING
LOT CORPORATION, RAFAEL
ALMONTE, DAYHANA MARTINEZ,
KELVIN MEJIA, ARIEL REYES, and
MIGUEL VELAZQUEZ,

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

     A Discovery Dispute Conference was held on Friday, February 9, 2024 before the undersigned concerning the issues raised in the parties' joint letter dated February 6, 2024. (Dkt. No. 79). The following rulings were made on the record.

     *First,* Plaintiff Dario Almonte ("Almonte") is ORDERED to produce bank account records reflecting any cash deposits made to accounts he held at Chase Bank and TD Bank up through February 2021. Almonte is only required to turn over records reflecting such cash deposits. Counsel for Almonte may redact any other information, including but not limited to information relating to non-cash deposits made to, and withdrawals from these accounts.

     *Second*, Defendants are ORDERED to produce documents reflecting which individuals have been authorized to conduct transactions for the Chase Bank account for IB Parking Lot,

Inc., ending in -3803, from inception of the account to the present.  This production shall include, but is not limited to, account opening documents as well as documents showing any changes in the authorized signatories on the account.

*Third*, the deadline for fact discovery is extended to **February 29, 2024**.  The parties shall submit a joint status report to the Court no later than **February 14, 2024**.  The status report must inform the Court whether Defendants' supplemental production of documents has been made to Plaintiffs and if not, whether a firm deadline has been reached for the production of such documents.  The report shall also include dates for when depositions of Jose Gomez, IB Parking Lot, Inc., and Jose Joaquin are scheduled.

    **SO ORDERED.**

DATED:    New York, New York
              February 12, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge