**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RECIO et al.,

                              Plaintiffs,

        -against-

D'ALMONTE ENTERPRISES
PARKING GARAGE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**22 Civ. No. 6153 (RA) (GS)**

**TELEPHONE CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       The parties are directed to appear for a Telephone Conference to discuss the discovery disputes raised in their Joint Status Report submitted on February 14, 2024.  (Dkt. No. 81).  The Telephone Conference will be held on **Monday, February 26, 2024 at 2:30 p.m.**  Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 798 177 725 #.**

       **SO ORDERED.**

DATED:    New York, New York
                 February 22, 2024

*/s/ Gary Stein*

_____
The Honorable Gary Stein
United States Magistrate Judge