UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RECIO et al.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>D'ALMONTE ENTERPRISES PARKING GARAGE, INC. et al.<br><br>                    Defendants. | No. 22-CV-6153 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the conference currently scheduled for March 21, 2024 is hereby adjourned to April 5, 2024 at 3:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:   March 13, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge