UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISIDRO RECIO ET AL.,

                Plaintiffs,

v.

D'ALMONTE ENTERPRISES ET AL.,

                Defendants.

No. 22-CV-6153 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In their Response to Plaintiffs' Local Rule 56.1 Statement, Defendants dispute Plaintiffs' contention that "Corporate Defendants did not provide employees with a paystub with their weekly pay." ECF No. 124, at ¶ 84. In support of their position, Defendants rely on "D Docs 001333 - 001357 (as to Plaintiff Munoz); D Docs 001957 – 001985 (as to Plaintiff Recio); D Docs 002018-002069 (as to Plaintiff Zim[]e[r]man); and D Docs 003314- 003559 (as to Plaintiff Rodriguez)." *Id.* By the end of the day on March 14, 2025, Defendants shall either file these documents or submit a letter identifying where these documents have already been filed on the docket. Otherwise, the Court will deem any facts that Plaintiffs set forth in paragraph 84, and which are supported in the record, to be admitted. *See Giannullo v. City of New York*, 322 F.3d 139, 140 (2d Cir. 2003).

SO ORDERED.

Dated:    March 13, 2025
             New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge