UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISIDRO RECIO, *et al.*,

                              Plaintiffs,              **22 Civ. No. 6153 (RA) (GS)**

           -against-

D'ALMONTE ENTERPRISES                          **PRE-SETTLEMENT**
PARKING GARAGE, INC., *et al.*,                  **CONFERENCE ORDER**

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, April 16, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 690 045 927#.**

      SO ORDERED.

DATED:      New York, New York
                 April 14, 2025

                                                                                  */s/ Gary Stein*
                                                                The Honorable Gary Stein
                                                                 United States Magistrate Judge