

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
August 1, 2025

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Fax: (718) 504-6987
Email: diana@seolawgroup.com

**VIA ECF**
Hon. Judge Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: **Recio v. D'Almonte Enterprises Parking Garage, Inc., et al.**
Case No. 1:22-cv-06153-RA

Dear Hon. Judge Stein:

This office represents Defendants in the above referenced matter. Defendants, with Plaintiffs' consent, respectfully write to the Court to request a 15-day extension to submit a fully executed settlement agreement and other documents relating to seeking the Court's approval of the Parties' settlement.

After the Parties reached an agreement in principle, they agreed upon the terms of the settlement agreement. As one of the Defendants required an extended out-of-country trip through August 12, Counsel for each Party believes that they will be able to file a fully executed settlement agreement, along with all other documents required for the Cheeks submission, by **August 15, 2025.** This is the Parties' first request for an extension of time to file the Cheeks submission documents.

We appreciate the Court's time and continued attention to this matter.

Application granted. The parties shall file their application for Cheeks approval by no later than August 15, 2025.

Date: August 4, 2025
New York, NY

SO ORDERED:
_/s/ Gary Stein_
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

Seo Law Group, PLLC

By: __/s/ *Diana Seo*__
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)