LAW OFFICES

# ARENSON, DITTMAR & KARBAN

420 LEXINGTON AVENUE

SUITE 1402

NEW YORK, N.Y. 10170

FACSIMILE
(212) 682-0278

TELEPHONE
(212) 490-3600

August 22, 2025

**VIA ECF**
Hon. Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, NY 10007

**MEMO ENDORSED**

      Re:    ***Isidro Recio, et al. v. D'Almonte Enterprises Parking Garage Inc., et al.***
             **Case No. 22-CV-6153-GS**

Dear Judge Stein:

    We represent Plaintiffs in the above-referenced matter. I write to respectfully amend my previous request for a one-week extension to submit a *Cheeks* application accompanied by a fully-executed settlement agreement to a request for an extension through August 29.

    The *Cheeks* application was originally due August 1. The parties' second request for an extension was made August 15 and remains *sub judice*; the Court previously granted an extension until August 15. The reason for the request is the settlement agreement is not yet fully executed. Specifically, Plaintiff Recio has been out of the country in a rural area of the Dominican Republic that lacks internet or cell phone service and failed to respond to numerous attempts to contact him both directly and through an interpreter. We learned today that one of the other plaintiffs heard from Recio's coworker that Recio is due to return to New York on Monday. Once he is back in New York we hope to obtain his signature in short order. Defendants consent to the request.

    We thank the Court again for its time and attention to this matter.

Application granted.  The parties shall file their Cheeks motion by no later than September 12, 2025.  The Court will be disinclined to grant further extensions absent a showing of compelling circumstance.

Very truly yours,

S/Avi Mermelstein

Date:   August 26, 2025
           New York, NY

**SO ORDERED:**

*/s/ Gary Stein*
_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE