LAW OFFICES

# ARENSON, DITTMAR & KARBAN

**420 LEXINGTON AVENUE**

**SUITE 1402**

**NEW YORK, N.Y. 10170**

**MEMO ENDORSED**

FACSIMILE
(212) 682-0278

TELEPHONE
(212) 490-3600

February 4, 2026

Application granted. The pre-motion conference scheduled for Monday, February 9, 2026 is hereby adjourned to Wednesday February 18, 2026 at 10:00 a.m. Counsel are directed to join the conference using the Microsoft Teams Meeting information on the Court's February 3, 2026 Scheduling Order (Dkt. No. 151). SO ORDERD.

**VIA ECF**

Hon. Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, NY 10007

Date:   February 5, 2026

*Gary Stein*

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

Re:    ***Isidro Recio, et al. v. D'Almonte Enterprises Parking Garage Inc., et al.***
          **Case No. 22-CV-6153-GS**

Dear Judge Stein:

This office represents named plaintiffs in the above-referenced wage-and-hour action. I write with Defendants' consent to respectfully request an adjournment of the premotion conference currently (and originally) scheduled for February 9. (Dkt. No. 151.)

This is the first requested adjournment. I am requesting the adjournment because I am scheduled to be travelling with my family February 8–12. All counsel are currently available February 17, 18, and 23.

We thank the Court for its time and consideration.

Very truly yours,

S/Avi Mermelstein