# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ISIDRO RECIO, DARIO ALMONTE, RADHAMES RODRIGUEZ, JOSE PICHARDO DE LA CRUZ, ULRICH ZIMERMAN HERNANDEZ, and RAMON MUNOZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

—*against*—

D'ALMONTE ENTERPRISES PARKING GARAGE, INC., RAMCELL PARKING CORPORATION, IB PARKING LOT, INC., 119 PARKING LOT CORPORATION, RAFAEL ALMONTE, and ARIEL REYES,

Defendants.

22 Civ. 6153 (GS)

## ORDER

Non-party Citibank, N.A. ("Citibank") shall, as promptly as reasonably practicable, issue a check for the benefit of Plaintiff Dario Almonte in the amount of $12,885.64, made out to a specific payee at a specific address, as provided by Mr. Almonte's counsel of record in this action to Citibank. The parties shall submit a letter by March 6, 2026 to confirm compliance with this Order.

Date:_____

February 26, 2026
New York, New York

_____
Hon. Gary Stein, U.S.M.J.